**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 97-60167
Summary Calender

_____

EDMOND RICHOUX,

                                                    Petitioner,

                            versus

DIRECTOR, OFFICER OF WORKERS'
COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR; ADM/GROWMARK
RIVER SYSTEM INC.; OLD REPUBLIC
INSURANCE COMPANY,

                                                    Respondents,

_____

Petition for Review of an Order
of the Benefits Review Board
(96-0644)

_____

November 12, 1998

Before JOLLY, SMITH, AND WIENER, Circuit Judges.

PER CURIAM:[*]

       Our review of the record and the briefs convinces us that the

findings of fact of the Administrative Law Judge are supported by

substantial evidence and that he committed no error of law.  We

affirm for the same reasons as those given by the Benefits Review

Board in its Decision and Order filed on January 28, 1997.

AFFIRMED.

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.